FILED 09 OCT 15 13:14 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. CR 09-60141-HO |
| Plaintiff, | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| ADAM PARRISH ASHE, | ) | [18 U.S.C. §§ 844(f) and 2] |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about May 26, 2009, in Roseburg, District of Oregon, defendant ADAM PARRISH ASHE unlawfully and willfully caused and aided, abetted, counseled, commanded, induced, and procured the malicious damaging and destroying, by means of fire, real property owned and possessed by the United States and the United States Postal Service, located at 519 Kane Street, Roseburg, Oregon.

///

///

Page 1 - INDICTMENT

All in violation of Title 18, United States Code, Sections 844(f) and 2.

DATED this 17 day of October, 2009.

A TRUE BILL

**s/ GRAND JURY FOREPERSON**

FOREPERSON

Presented by:

KENT S. ROBINSON
Acting United States Attorney

KIRK A. ENGDALL
Assistant United States Attorney
OSB #81215