RECVD '09 NOV 02 11:39 USDC-ORE

UNITED STATES DISTRICT COURT    FILED 30 SEP '11 15:56 USDC-ORE

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR No. 09-60141-HO |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | WRIT OF HABEAS CORPUS |
| ADAM PARRISH ASHE, | ) | *AD PROSEQUENDUM* |
| | ) | |
| Defendant. | ) | |

TO:   Superintendent, Douglas County Jail:

Pursuant to Chapter 153, Title 28, United States Code, you are directed to deliver the body of the above-named defendant, a prisoner in your custody, to the U.S. Marshal for the District of Oregon, or his duly authorized deputy, who is hereby directed to produce said prisoner before this court on the 9th day of November, 2009, at 1:30 p.m., for the purpose of arraignment, and for any dates thereafter in the above-captioned case.

It is further ordered that the U.S. Marshal, or his duly authorized deputy, shall redeliver said prisoner to your facility at the conclusion of said proceedings and is authorized to incur the necessary expenses connected therewith as provided by law.

DATED this ___ day of November, 2009.

THOMAS M. COFFIN
United States Magistrate Judge

Presented by:

KENT S. ROBINSON
Acting United States Attorney

KIRK A. ENGDALL
Assistant United States Attorney

(1) Returned un-executed as Douglas Co charges were dismissed 10/29/2009.

Russel E. Burger
U.S. Marshal D/OR
by: P. Mitten
    OSS